[No. 12706–7–II.   Division Two.   March 15, 1990.]

ANTON J. MILLER, *Appellant,* v. GAYLE E. PERRY, *Respondent.*

Appeal from a judgment of the Superior Court for Pacific County, No. 86–2–00102–8, Joel M. Penoyar, J., entered March 24, 1989. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.